**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

Case No. CR 09-1066 GHK Date March 29, 2010

**Presiding: The Honorable** **GEORGE H. KING, UNITED STATES DISTRICT JUDGE**

| Beatrice Herrera | Mary Riordan Rickey | N/A | Michael Wilner |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

================================================================================

| DEFENDANT(S) | COUNSEL FOR DEFENDANT(S) |
|---|---|
| Michael Edward McCready | Alan Baum |
| √ Present Custody √ Bond | √ Present Appointed √ Retained |

**PROCEEDINGS:** **SENTENCING AND JUDGMENT**

✘ Imprisonment for One hundred eight months on Single Count Information.
✘ *Three years Supervised Release* on Single-Count Information under the usual terms & conditions (See back of Judgment Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

___ Perform ____________ hours of community service.
___ The deft shall serve a term of *months* in Home Detention, with electronic monitoring to begin 7/1/07.
___ Pay a total of $, which shall bear interest as provided by law.
✘ Make a total restitution of $8,046,655.00 to the victims listed in the confidential PSI report.
✘ The defendant shall pay the special assessment restitution in accordance with Judgment/Commitment.
✘ Refrain from the unlawful use of a controlled substance and submit to drug testing.
✘ The defendant shall participate in a mental health program as directed by the Probation Officer.
✘ Other conditions: cooperate in the collection of a DNA sample of the defendant.

✘ All fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay in addition to restitution.
✘ Pay the United States a total of **$100,** special assessment, which is due immediately.
___ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
✘ Defendant is informed of his right to appeal.
___ ORDER sentencing transcript for Sentencing Commission. ___ Processed statement of reasons.
✘ Bond order exonerated ✘ upon surrender ___ upon service of ____________
✘ Execution of sentence is stayed until 12 noon, **May 17, 2010,** at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U. S. Marshal
✘ The Court hears from the victims in the above case.
___ Present bond to continue as bond on appeal. ___ Appeal bond set at $
___ Filed and distributed judgment. Issd JS-3. ENTERED.
✘ **Other** **It is recommended** that the defendant shall be designated to the facility in Taft.

____ : 52

Initials of Deputy Clerk Bea